UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| RESURRECTION HOUSE MINISTRIES, INC., | * | **CIVIL ACTION** |
| A Georgia non-profit corporation, and | * | **NO. CV-223-00117** |
| REVEREND LEONARD SMALL, | * | |
| | * | **COMPLAINT FOR:** |
| Plaintiffs, | * | **1. VIOLATION OF** |
| | * | **RELIGIOUS LAND USE** |
| v. | * | **AND INSTITUTIONALIZED** |
| | * | **PERSONS ACT AND** |
| CITY OF BRUNSWICK, a municipal Corporation, | * | **2. VIOLATION OF FIRST,** |
| COSBY JOHNSON, Mayor of the City of Brunswick, | * | **FOURTH AND** |
| JOHN CASON, FELICIA HARRIS, JULIE MARTIN | * | **FOURTEENTH AMENDMENT** |
| and KENDRA ROLLE, City Commissioners, | * | **TO THE UNITED STATES** |
| REGINA McDUFFIE, City Manager for the City of | * | **CONSTITUTION** |
| Brunswick, KEVIN JONES, Chief of Brunswick | * | |
| Police Department, CHRISTOPHER JONES, | * | |
| Building Official for the City of Brunswick, | * | |
| NEAL JUMP, Sheriff of Glynn County, | * | |
| and DOES 1 through 20 inclusive, all individually | * | |
| and in their official capacity, | * | |
| | * | |
| Defendants. | * | |

## SUBSTITUTION OF COUNSEL FOR PLAINTIFFS

Counsel of record for the Plaintiffs Resurrection House Ministries, Inc., and Reverend

Leonard Small, shall be amended as follows, James A. Yancey, Jr. and Douglas W. Alexander

are no longer counsel of record.  Kevin Gough is now counsel of record for the Plaintiffs.  This

substitution of counsel is filed in lieu of prior counsel filing a formal motion to withdraw as

counsel for Plaintiffs.

This __30th__ day of December, 2024.

/s/ Kevin Gough
Kevin Gough
ATTORNEY FOR PLAINTIFFS
Georgia Bar No. 303210

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RESURRECTION HOUSE MINISTRIES, INC.,     \*    **CIVIL ACTION**
A Georgia non-profit corporation, and     \*    **NO. CV-223-00117**
REVEREND LEONARD SMALL,     \*
     \* **COMPLAINT FOR:**
     Plaintiffs,     \* **1. VIOLATION OF**
     \*   **RELIGIOUS LAND USE**
   v.     \*   **AND INSTITUTIONALIZED**
     \*   **PERSONS ACT AND**
CITY OF BRUNSWICK, a municipal Corporation,     \* **2. VIOLATION OF FIRST,**
COSBY JOHNSON, Mayor of the City of Brunswick,     \*   **FOURTH AND**
JOHN CASON, FELICIA HARRIS, JULIE MARTIN     \*   **FOURTEENTH AMENDMENT**
and KENDRA ROLLE, City Commissioners,     \*   **TO THE UNITED STATES**
REGINA McDUFFIE, City Manager for the City of     \*   **CONSTITUTION**
Brunswick, KEVIN JONES, Chief of Brunswick     \*
Police Department, CHRISTOPHER JONES,     \*
Building Official for the City of Brunswick,     \*
NEAL JUMP, Sheriff of Glynn County,     \*
and DOES 1 through 20 inclusive, all individually     \*
and in their official capacity,     \*
     \*
     Defendants.     \*

**CERTIFICATE OF SERVICE**

I hereby certify, pursuant to F.R.C.P. 5 that copies of the foregoing documents in the

above-referenced civil action have been served upon Plaintiffs' former counsel, James A.

Yancey, Jr., 704 G Street, Brunswick, Georgia 31520, email:jayjr@standinthegap.biz and

Douglas W. Alexander, email: dugalex@comcast.net; Brian Corry, Attorney for the City of

Brunswick, McQuigg Smith & Corry, 504 Beachview Drive Suite 3D, Saint Simons Island, GA

31522, email: brian@msclawga.com ; and Aaron Mumford, Attorney for Glynn County, Glynn

County Attorney's Office, Second Floor, 701 G Street, Brunswick, GA 31520, email:

amumford@glynncounty-ga.gov , Emily Rose Hancock, Attorney for City of Brunswick, Brown,

Readdick & Bumgartner, P.O. Box 220, Brunswick, GA 31521, email: ehancock@brbcsw.com;

Patrick T. O'Connor, Attorney for Sheriff Neal Jump, Oliver Maner, LLP, 218 West State Street,

P.O. Box 10186, Savannah, GA 31412-0386, email: pto@olivermaner.com; Amelia C. Stevens,

Oliver Maner LLP, 218 West State Street, Savannah, GA 31401, email:

astevens@olivermaner.com; and Richard K. Strickland, Brown, Readdick, Bumgartner, Carter,

Strickland & Watkins, LLP, P.O. Box 220, 5 Glynn Avenue, Brunswick, GA 31521-0220. Email:

rstrickland@brbcsw.com , with a copy of this pleading by:

   _____        depositing a copy in the U. S. Mail in a properly addressed envelope with adequate postage affixed thereto to insure delivery;

   \_\_X\_\_        email to the above-listed email addresses

   \_\_\_\_\_        via telecopier, and/or

   \_\_\_\_\_        by hand delivery.

This \_\_30th\_\_ day of December, 2024.


/s/ Kevin Gough
Kevin Gough
ATTORNEY FOR PLAINTIFFS
Georgia Bar No. 303210

Kevin Gough Firm, LLC
501 Gloucester Street, Suite 121
Post Office Box 898
Brunswick, GA  31521
(912) 266-5454
kevingough.firm@gmail.com